UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NARISSA DAWN BRADFORD** | **CIVIL ACTION** |
| **v.** | **NO. 13-2407** |
| **THE LAW FIRM OF GAUTHIER, HOUGHTALING & WILLIAMS, LLP, JAMES M. WILLIAMS, ESQ., EARL G. PERRY, ESQ.** | **SECTION "H"** |
| | **JUDGE MILAZZO** |
| | **MAGISTRATE ROBY** |

## MOTION FOR SUMMARY JUDGMENT

Now into Court, through undersigned counsel, come Defendants Gauthier, Houghtaling & Williams, LLP, James M. Williams and Earl G. Perry and respectfully request this Court summarily dismiss the claims asserted by Plaintiff Narissa Bradford, in their entirety. Reasons supporting this Motion are set forth in the attached Memorandum in Support and Statement of Uncontested Issues of Material Fact.

                                        **Respectfully submitted,**

                                          /s/ Beverly A. DeLaune
                                        **William E. Wright, Jr.** (#8564)
                                        wwright@dkslaw.com
                                        **Beverly A. DeLaune** (#26781)
                                        bdelaune@dkslaw.com
                                        **Melissa M. Lessell** (#32710)
                                        mlessell@dkslaw.com
                                        755 Magazine Street
                                        New Orleans, Louisiana  70130
                                        Telephone:  (504) 581-5141
                                        **Attorneys for Defendants**
                                        **Gauthier, Houghtaling & Williams, LLP,**
                                        **James M. Williams and Earl G. Perry**

<u>**CERTIFICATE OF SERVICE**</u>

     I certify that a copy of the foregoing pleading filed on behalf of Defendants has been served on all parties by e-mail and/or United States Mail, properly addressed and First-Class postage pre-paid on this 3rd day of July, 2014.

                                          /s/ Beverly A. DeLaune
                                        **Beverly A. DeLaune** (#26781)